UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IMMANUEL PIROOZIAN, individually and
Derivatively on behalf of HIGGINS AVE LLC,

                              Plaintiff,
        -against-
SHAHRIAR HOMAPOUR, JUSTIN HOMAPOUR,
and JUDGEMENT BUYERS LLC,

                              Defendants.
----------------------------------------------------------------X

STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE MOVE

Civil Action No.:
23-cv-02445-ENV-SJB

       IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and the Defendants, Justin Homapour and Judgement Buyers, LLC, that the defendants shall have forty-five (45) from the date hereof to answer or otherwise move with regard to Plaintiffs' Complaint.

Dated: Mineola, New York
         June 22, 2023

_____
LAWRENCE V. CARRA, ESQ.
Attorney for Defendants,
Justin Homapour and
Judgement Buyers, LLC
114 Old Country Road, Suite 212
Mineola, NY 11501
516-742-1135
lawcarra@aol.com

SHIRIYAK, BOWMAN, ANDERSON,
GILL & KADOCHNIKOV, LLP

By: _____
     ALEXANDER KADOCHNIKOV
Attorney for Plaintiffs
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-577-32611
akadochnikov@sbagk.com