Form 3 - DOOR WITH MILITARY

P9208547

**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV**   SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMMANUEL PIROOZIAN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HIGGINS AVE LLC | Index No. **1:23-cv-02445-ENV-SJB** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| SHAHRIAR HOMAPOUR, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**CHARLES SPANO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **JULY, 2023 10:37AM** at
   **173 WEST SHORE ROAD**
   **KINGS POINT NY 11024**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT**
in the above entitled action upon **SHAHRIAR HOMAPOUR**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **06/14/2023, 5:00PM 06/02/2023, 12:35PM 06/29/2023, 6:26PM**
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **01ST** day of **JULY, 2023 at 10:37AM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT SHAHRIAR HOMAPOUR** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **07/07/2023** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED**

Sworn to before me this
07TH day of JULY, 2023

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

CHARLES SPANO
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9 ABZ 9208547

================================================================

Index No. 1:23-cv-02445-ENV-SJB

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

================================================================

IMMANUEL PIROOZIAN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HIGGINS AVE LLC

              PLAINTIFF

    - against -
SHAHRIAR HOMAPOUR, ETAL

              DEFENDANT
================================================================

CIVIL COVER SHEET, EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT

================================================================

SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV

8002 KEW GARDENS ROAD, SUITE 600

KEW GARDENS, NY 11415

718 263-6800

Form 3 - DOOR WITH MILITARY


P9208547

**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV**  SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMMANUEL PIROOZIAN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HIGGINS AVE LLC | Index No. **1:23-cv-02445-ENV-SJB** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| SHAHRIAR HOMAPOUR, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**CHARLES SPANO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **JULY, 2023 10:37AM** at
 **173 WEST SHORE ROAD**
 **KINGS POINT NY 11024**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT**
in the above entitled action upon **SHAHRIAR HOMAPOUR**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **06/14/2023, 5:00PM 06/02/2023, 12:35PM 06/29/2023, 6:26PM**
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **01ST** day of **JULY, 2023 at 10:37AM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT SHAHRIAR HOMAPOUR** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **07/07/2023** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED**

Sworn to before me this
07TH day of JULY, 2023

_____
JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

_____
CHARLES SPANO
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9-ABZ-9208547

2a

Form 3 - DOOR WITH MILITARY


P9208547

**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV**     SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| IMMANUEL PIROOZIAN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HIGGINS AVE LLC | Index No. 1:23-cv-02445-ENV-SJB |
|---|---|
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| SHAHRIAR HOMAPOUR, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**CHARLES SPANO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **JULY, 2023 10:37AM** at
   **173 WEST SHORE ROAD**
   **KINGS POINT NY 11024**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT**
in the above entitled action upon **SHAHRIAR HOMAPOUR**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **06/14/2023, 5:00PM 06/02/2023, 12:35PM 06/29/2023, 6:26PM** Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **01ST** day of **JULY, 2023 at 10:37AM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT SHAHRIAR HOMAPOUR** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **07/07/2023** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED**

Sworn to before me this
07TH day of JULY, 2023

_____
JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

_____
CHARLES SPANO
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9 ABZ 9208547