# Steven Cohn, P.C.
COUNSELLORS AT LAW
One Old Country Road
Carle Place, New York 11514
Suite 420

STEVEN COHN

SUSAN E. DANTZIG
MITCHELL R. GOLDKLANG
ALAN S. ZIGMAN
JEFFREY H. WEINBERGER
PETER R. CHATZINOFF
MATTHEW T. FEINMAN

Tel: (516) 294-6410
Fax: (516) 294-0094

Writer's Ext.: 19

August 25, 2023

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   *Immanuel Piroozian, individually and derivatively on behalf of Higgins Ave LLC v. Shahriar Homapour, Justin Homapour, Judgement Buyers LLC*
Case No.: 23-CV-02445 (ENV-SJB)

Dear Judge Vitaliano:

We represent defendant Shahriar Homapour in the above referenced action. We write on behalf of counsel for all parties in accordance with the Court's Order entered August 15, 2023 directing the parties to file a joint proposed briefing schedule for the defendants' motions to dismiss.

After conferring, the parties propose the following briefing schedule:

| | |
|---|---|
| Defendants' Motion: | October 2, 2023 |
| Plaintiff's Opposition: | November 16, 2023 |
| Defendants' Reply: | December 4, 2023 |

Should the Court have any questions or require additional information, please do not hesitate to contact us.

Respectfully submitted,

LAW OFFICE OF STEVEN COHN, P.C.

By: */s/ Alan S. Zigman*
Alan S. Zigman

cc:   Alexander Kadochnikov, Esq. (via ECF)
Lawrence V. Carra, Esq. (via ECF)